UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTONIO L. TAYLOR, | ) |
| Movant, | ) |
| v. | ) No. 4:24-cv-01255-SEP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

Before the Court is Movant Antonio L. Taylor's filing. Doc. [1]. Movant is presently in federal custody after being sentenced by this Court on April 26, 2023, to 168 months' imprisonment for two counts of felon in possession of a firearm. *United States v. Taylor*, No. 4:20-CR-00058 (E.D. Mo.). Movant initiated this action by filing a handwritten motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. The handwritten motion is defective because it was not drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). Movant will have 30 days to file an amended motion on the Court-provided form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Movant a copy of the Court's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" form.

**IT IS FURTHER ORDERED** that Movant shall file an amended motion on the Court-provided form within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Movant fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 8th day of April, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE